```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
───────────────────────────────────────

ERIKA ALEXANDRIA,

                Plaintiff,

   - against -

SIXTH AVENUE RESTAURANT MANAGEMENT, LLC,

                Defendant.

───────────────────────────────────────

25-cv-4480 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

The parties are directed to discuss settlement and provide an update to the Court by **August 30, 2025**. Failure to notify the Court by that date may result in dismissal without prejudice. The time to answer is stayed.

**SO ORDERED.**

**Dated:**   New York, New York
          June 2, 2025

                              /s/ John G. Koeltl
                                John G. Koeltl
                        United States District Judge